# United States District Court
## Violation Notice

NP23372686

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CA71 | E 1037724 | Cadigan | 260 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 11/23/2023 0743
Offense Charged: ☒ CFR ☐ USC ☐ State Code: 36 CFR 4.21(c)

Place of Offense: Badwater Road mile: 11

Offense Description: Factual Basis for Charge — HAZMAT ☐
Speed 78/55

### DEFENDANT INFORMATION
Last Name: MEHTA
First Name: AMBUJ

Tag No: 9DJR023
State: CA
Year: 22
Make/Model: Tesla
Color: BLK

### APPEARANCE IS REQUIRED
A ☐ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 200 Forfeiture Amount
+ $30 Processing Fee
$ 230 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____
Date: _____
Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Issued In Person

Original - CVB Copy
*E1037724*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on November 23, 20 23 while exercising my duties as a law enforcement officer in the Eastern District of California.

SEE ATTACHED

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/23/2023    Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    U.S. Magistrate Judge
Date (mm/dd/yyyy)

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 01/03/2024 10:52