AO 238 (Rev. 11/11) Arrest Warrant and Notice Before Arrest

**FILED**

# UNITED STATES DISTRICT COURT
for the
## EASTERN DISTRICT OF CALIFORNIA

APR 18 2024

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| | |
|---|---|
| United States of America v. **MEHTA, AMBUJ** **507 SEA VIEW DR** **RICHMOND, CA 94801** *Defendant* | **Violation Number(s)/Location Code(s):** E1037724  CA71 **Violation Date(s):** 11/23/2023 **Offense(s):** Exceeding Speed Limits - 36 CFR 4.21(c) Failure to appear on 3/5/2024 **Amount Due:** $330.00 **Case Number:** 5:24-PO-00042-CDB **Original Court Date:** 03/05/2024 |

## ARREST WARRANT

To: Any authorized law enforcement officer

There is probable cause to issue this warrant for the arrest of the person identified above.

**YOU ARE COMMANDED** to arrest and bring this defendant before the nearest available United States magistrate judge without unnecessary delay to answer to these charge(s).

If the defendant has paid the amount due, you may return this warrant unexecuted.

Date: March 12, 2024

/s/ *Christopher D. Baker*
*Judge's signature*
Christopher D. Baker

### Return

| | Date: | Location: |
|---|---|---|
| **Received** | | |

*Executed by the arrest of the defendant.*

| | Date: | Location: |
|---|---|---|
| **Arrested** | | |

Name: _____  Title: _____  District: _____

Date: Recalled 3/29/24   Signature: _____